# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Liberty Beth Ellis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00036-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Jon Wing, Kenny Hipps, Charles S. McDonald, Nathan Stallings, Greg Newman, Andrew Justice, Newman, Hooper, Unknown Female Henderson County Detective, and Unknown Henderson County Deputy Sheriff, | ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2018 Order.

April 23, 2018

Frank G. Johns, Clerk
United States District Court